UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD BURLEY,

        Petitioner,

                                    Criminal No.  04-80728
                                    Civil No.     08-14197

vs.

                                    HON. GEORGE CARAM STEEH

UNITED STATES OF AMERICA,

        Respondent.
_____/

ORDER DENYING PETITIONER'S SECOND MOTION FOR
RECONSIDERATION [DOC. # 88] AND DENYING CERTIFICATE OF APPEALABILITY

      Petitioner Richard Burley filed a second motion for reconsideration of the Court's order denying motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.  Petitioner claims that his counsel's failure to object to a two-point enhancement for his criminal history category score was cause for purposes of ineffective assistance of counsel under <u>Strickland v. Washington</u>, 466 U.S. 668 (1984). The Court already considered petitioner's argument, and therefore DENIES petitioner's subsequent motion for reconsideration.

      Before petitioner can appeal this court's decision, a certificate of appealability must issue.  28 U.S.C. §2253(c)(1)(B); Fed. R. App. P. 22(b).  A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. §2253(c)(2).  Petitioner has made no such showing.  Accordingly,

      IT IS HEREBY ORDERED that petitioner's second motion for reconsideration is DENIED.

IT IS HEREBY FURTHER ORDERED that a certificate of appealability is DENIED.

SO ORDERED

Dated: February 11, 2009

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 11, 2009, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk